# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In Re Ex Parte* Application of Orckit IP, LLC For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Case No: |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Orckit IP, LLC ("Orckit"), by and through counsel, hereby advises the court that Orckit has no parent corporation and no publicly held corporation has a 10% or more ownership interest in Orckit.

July 12, 2022

Respectfully submitted,

**KOBRE & KIM LLP**

/s/  *Jacob R. Kirkham*
Jacob R. Kirkham (# 5768)
KOBRE & KIM LLP
600 North King Street, Suite 501
Wilmington, Delaware 19801
Telephone: +1 302 518 6456